United States District Court     Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
May 26, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Dana Bailey, | § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-59 |
| KS Management Services, LLC, | § § § | |
| Defendant. | § | |

## Final Judgment

Dana Bailey takes nothing from Kelsey Seybold Management Services, LLC.

(19)

Signed on May **26**, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge