United States District Court
Southern District of Texas
**ENTERED**
March 18, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **DANA BAILEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:20-CV-00059** |
| | § | |
| **KS MANAGEMENT SERVICES, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed by the Court on this date, the Court finds that there are no genuine issues of material fact with respect to any of Plaintiff's claims, and Defendant is entitled to judgment as a matter of law.

Accordingly, Plaintiff shall take nothing by his claims against Defendant, and Plaintiff's claims are **DISMISSED WITH PREJUDICE.** All relief requested by Plaintiff is denied. All allowable and reasonable costs of court are taxed against Plaintiff. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT.**

Signed on March 17, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**